

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

September 19, 2024

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Roman Storm</u>
      **23 Cr. 430 (KPF)**

Dear Judge Failla:

      We write on behalf of our client, Roman Storm, regarding the government's 10-page letter motion seeking to compel certain pretrial disclosures, which was filed on September 18, 2024. (Dkt. 79.) The defense is reviewing the government's letter and needs time to prepare and file a response. The defense respectfully requests that the Court permit it to file its response on September 25, 2014.

Respectfully submitted,

*/s/ Brian E. Klein*

Brian E. Klein
Keri Curtis Axel
Kevin M. Casey
Waymaker LLP

-and-

David E. Patton
Hecker Fink LLP

*Attorneys for Roman Storm*