

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

February 26, 2025

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

<u>*Via ECF*</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



**Re:** <u>**United States v. Roman Storm**</u>
23 Cr. 430 (KPF)

Dear Judge Failla:

The parties write jointly to respectfully request a two-day extension of the March 3, 2025 deadline for the defendant Roman Storm's expert disclosures and a related two-day extension of the March 10, 2025 rebuttal expert disclosures, in light of the prior one-day extension of the government's expert disclosure deadline and scheduling conflicts. (*See* Dkt. 126.)

Thank you for your consideration of this matter.

Respectfully submitted,

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Waymaker LLP

-and-

David E. Patton
Hecker Fink LLP

*Attorneys for Roman Storm*

Application GRANTED.  The Defense shall provide expert disclosures on or before **March 5, 2025.**  The Government shall provide rebuttal expert disclosures on or before **March 12, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 132.

Dated:    February 26, 2025          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE