UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMAN STORM, et al.,<br><br>Defendants. | Case No. 23 Cr. 430 (KPF) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 1.4, I, Jeffrey S. Hetzel, hereby respectfully move to withdraw my appearance as counsel for Amicus Curiae Coin Center and request removal from service of any further pleadings in connection with the above-captioned matter. As of May 15, 2025, I will depart from the law firm of Consovoy McCarthy, which will continue to represent Coin Center in this matter. Because other lawyers at Consovoy McCarthy will continue to represent Coin Center in this case, my withdrawal will not prejudice Coin Center.

Dated: May 15, 2025                                   Respectfully submitted,

                                                      _/s/ Jeffrey S. Hetzel_
                                                      Jeffrey S. Hetzel
                                                      Consovoy McCarthy PLLC
                                                      1600 Wilson Boulevard, Suite 700
                                                      Arlington, Virginia 22209
                                                      (703) 243-9423
                                                      jhetzel@consovoymccarthy.com