

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

May 15, 2025

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Roman Storm**
      **23 Cr. 430 (KPF)**

Dear Judge Failla:

We write on behalf of our client Roman Storm to respectfully request that the Court enter an order allowing Mr. Storm to obtain a Real ID. As the Court may know, there is now a Real ID requirement for domestic air travel. Mr. Storm does not currently have one and needs to obtain one to travel to meet with counsel and to attend future court appearances. He has surrendered his passport and does not need that returned to apply for the Real ID. Mr. Storm first sought permission from his probation officer, who informed him that he needs to obtain permission from this Court. The defense has conferred with the government and it does not oppose this request.

For all of the above reasons, the defense respectfully requests that the Court enter an order allowing Mr. Storm to obtain a Real ID.

Respectfully submitted,

*/s/ Brian E. Klein*

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Waymaker LLP

-and-

David E. Patton
Hecker Fink LLP

*Attorneys for Roman Storm*

Mr. Storm may obtain a Real ID and does not need his passport to do so.

The Clerk of Court is directed to terminate the pending motion at docket entry 145.

Dated:   May 16, 2025            SO ORDERED.
         New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE