UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROMAN STORM,<br><br>Defendant. | Case 23-cr-00430 (KPF)<br><br>U.S. District Court for the Southern District of New York |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for non-party Movant Chainalysis Inc.  I certify that I am admitted to practice in this court.

Dated:  July 22, 2025

By: */S/ Andrew J. DeFilippis*
Andrew J. DeFilippis
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-7937
defilippisa@sullcrom.com

*Attorney for Movant Chainalysis Inc.*